# IN THE SUPREME COURT OF THE STATE OF NEVADA

HSIEH YING-MAN, AN INDIVIDUAL,
Appellant,
vs.
SUNLIGHT TRUST,
Respondent.

No. 81686

FILED

DEC 09 2020

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY
DEPUTY CLERK

## *ORDER DISMISSING APPEAL*

This appeal was docketed on August 26, 2020, without payment of the requisite filing fee. *See* NRAP 3(e). That same day, this court issued a notice directing appellant to pay the required filing fee or demonstrate compliance with NRAP 24 within 10 days. The notice advised that failure to comply would result in the dismissal of this appeal. Although the parties subsequently filed a stipulation to dismiss this appeal, to date, appellant still has not paid the filing fee. Accordingly, this appeal is dismissed for failure to pay the filing fee.[1] *See* NRAP 3(a)(2).

It is so ORDERED.

CLERK OF THE SUPREME COURT
ELIZABETH A. BROWN

BY: _____

cc:   Hon. Susan Johnson, District Judge
      Kennedy & Couvillier, PLLC
      Greene Infuso, LLP
      Eighth District Court Clerk

---

[1]In light of this order no action will be taken on the stipulation to dismiss this appeal.

SUPREME COURT
OF
NEVADA

CLERK'S ORDER

(O)-1947

20-44726